**Affirmed and Memorandum Opinion filed March 22, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00589-CR

———————

**JOHN BALLARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1283921**

---

## MEMORANDUM OPINION

The trial court convicted appellant of assault on a public servant. Appellant entered a plea of true to two enhancement paragraphs alleged in the indictment. On July 5, 2011, the trial court sentenced appellant to confinement for twenty-five years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of

the record and demonstrating why there are no arguable grounds to be advanced.  *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant.   Appellant was advised of the right to examine the appellate record and file a *pro se* response.   *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991).   As of this date, more than sixty days has passed, and no *pro se* response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit.   Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a *pro se* response when we have determined there are no arguable grounds for review.   *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Jamison and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).